IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TAKARY JERMAINE WRIGHT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-CV-11-RWS-JBB |
| § | |
| OFFICER FLEMING, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

*Pro se* Plaintiff Takary Wright filed this civil rights lawsuit under 42 U.S.C. § 1983 alleging Defendants violated his constitutional rights. The Court referred the case to the United States Magistrate Judge. On August 8, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that Defendants' motion for summary judgment (Docket No. 27) and motion to supplement the motion for summary judgment (Docket No. 28) be granted and the case be dismissed with prejudice. Docket No. 33. Plaintiff received a copy of this Report on August 13, 2025 but filed no objections. Docket No. 34. Accordingly, he is barred from *de novo* review of the findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge. After review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review

is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 33) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Defendants' motion for summary judgment (Docket No. 27) and motion to supplement the motion for summary judgment (Docket No. 28) are **GRANTED**. It is further

**ORDERED** that the case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions in this case are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 5th day of September, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE